UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHERYL KELMAR,

Plaintiff,

v.

TIFFANY BERG; ROBERT BERG;
TRENTON BERG; BROOKINGS POLICE
DEPARTMENT; AND DOES 1 THROUGH
10,

Defendants.

Case No. 1:26-cv-00221-CL

**OPINION AND ORDER**

**CLARKE,** United States Magistrate Judge.

Self-represented Plaintiff Cheryl Kelmar filed this action against her neighbors, Tiffany, Robert, and Trenton Berg, and the Brookings Police Department. The case comes before the Court for review of the Amended Complaint to determine if it meets the screening requirements for a plaintiff proceeding *In Forma Pauperis* (IFP). Plaintiff's Complaint (ECF No. 1) was filed on January 30, 2026. Her Applications for Leave to Proceed IFP (ECF No. 3) was granted on March 30, 2026 (ECF No. 11). Plaintiff filed her Second Amended Complaint on April 9, 2026. ECF No. 15.

On that same date, April 9, 2026, the Court ordered Plaintiff to resubmit her proposed summons, with instructions on properly completing them prior to submission (ECF No. 12). Plaintiff was instructed to include the case number on each summons, but she failed to do so. She

Page 1 — FINDINGS AND RECOMMENDATION

was instructed to prepare each summons for each single, individual defendant, but she failed to do this as well. Finally, Plaintiff listed the defendants' names and addresses on the section of the summons that should have listed her own name and address (see the paragraph on the first page of the summons, beginning with "Within 21 days after service…" and ending with "The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:"). Plaintiff must correct these deficiencies and resubmit her proposed summons within 30 days. Failure to do so may result in dismissal of this case. Fed. R. Civ. P. 4 and LR 4.

Further, Plaintiff is ordered to refrain from sending e-mails to the Courtroom Deputy or other Clerk's Office Staff. She may call the Clerk's Office to inquire about the status of her case. However, the Clerk's Office Staff cannot provide legal advice, or tell a party what information to include in court pleadings. Staff cannot talk to the judge for a party or let the party talk to the judge outside of court.  Staff cannot determine when a decision will be made on an IFP application or other pending motion, nor can they interpret court orders or court rules.

Plaintiff may apply for CM/ECF registration via the Court website <ord.uscourts.gov>. A drop-down menu in the top lefthand corner provides additional information on the page "Representing Yourself." The application for electronic filing is at the bottom of the page.

The Clerk's Office is ordered to send Plaintiff a copy of this Order, and to return Plaintiff's proposed summons and other submitted documents. Plaintiff's revised proposed summons is due 30 days from the date of this Order.

It is so ORDERED and DATED this ___ day of April, 2026.

MARK D. CLARKE
United States Magistrate Judge