UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHERYL KELMAR,

        Plaintiff,

        v.

TIFFANY BERG; ROBERT BERG;
TRENTON BERG; BROOKINGS POLICE
DEPARTMENT; AND DOES 1 THROUGH
10,

        Defendants.

Case No. 1:26-cv-00221-CL

**OPINION AND ORDER**

**CLARKE,** United States Magistrate Judge.

Self-represented Plaintiff Cheryl Kelmar filed this action against her neighbors, Tiffany, Robert, and Trenton Berg, and the Brookings Police Department. The case previously came before the Court for review of the Amended Complaint to determine if it meets the screening requirements for a plaintiff proceeding *In Forma Pauperis* ("IFP"). Plaintiff's Complaint (ECF No. 1) was filed on January 30, 2026. Her Application for Leave to Proceed IFP (ECF No. 3) was granted on March 30, 2026 (ECF No. 11). Plaintiff filed her Second Amended Complaint on April 9, 2026, (ECF No. 15) and on the same date, the Court ordered her to resubmit her proposed summons, with instructions on proper completion (ECF No. 12). On April 17, 2026, the Court once again ordered Plaintiff to resubmit her proposed summonses, explaining in specific detail her continued failures to comply with the instructions provided.

Page 1 — OPINION AND ORDER

While Plaintiff did include the case number on each summons, as instructed, she was also ordered to prepare a proposed summons for each individual defendant, which she failed to do. Instead, Plaintiff continued to list all four defendants and their addresses on all four proposed summonses.

The Court also previously noted that Plaintiff listed the defendants' names and addresses on the section of the summons that should have listed Plaintiff's own name and address (see the paragraph on the first page of the proposed summons, beginning with "Within 21 days after service..." and ending with "The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:"). Plaintiff failed to correct this deficiency, and the summonses cannot be served as she erroneously completed them. The proposed summonses need to have Plaintiff's name and address listed in the proper place, so that each Defendant knows who and where to serve an Answer under Fed. R. Civ. P. 12.

Plaintiff has been warned several times that failure to comply with the Court's forms, procedures, and instructions could result in dismissal of this case under Fed. R. Civ. P. 4 and Local Rule 4. Her continued noncompliance places a burden on staff and Court resources.

Therefore, Plaintiff is hereby granted one last chance to complete the paperwork necessary to effect service. Plaintiff must complete and submit for each individual defendant: form AO 440, form USM-285, and a copy of the operative complaint. The proposed summons must include the case number and must include Plaintiff's name and address in the proper location on the form.

Plaintiff's revised proposed summons and related paperwork is due 30 days from the date of this Order. Failure to properly complete the forms or follow the instructions will result in dismissal of this case.

Page 2 — OPINION AND ORDER

It is so ORDERED and DATED this ___28___ day of April, 2026.

MARK D. CLARKE
United States Magistrate Judge

Page 3 — OPINION AND ORDER